UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re:  
ERIC ROBERT MORRIS  
CINDY ANNE MORRIS  
2084 CHEROKEE DR  
LONDON, OH  43140

Case No:   05-71971

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-9715  
XXX-XX-6032

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

**Name and Address**

AIS SERVICES LLC  
50 CALIFORNIA ST # 1500  
SAN FRANCISCO, CA  94111

**Amount**

16.70